UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVENT CAPTURING SYSTEMS, INC.

-v-

KOBAYASHI VENTURES, LLC

Plaintiff

Defendant.

08 CIV 5706

Case No. _____

**Rule 7.1 Statement**

JUN 24 2008

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

EVENT CAPTURING SYSTEMS, INC.      (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

EVENT CAPTURING SYSTEMS, INC. has no corporate parent, affiliates and/or subsidiaries, which are publicly held.

**Date:** 06/24/2008

_____
**Signature of Attorney**

**Attorney Bar Code:** RC 2106

Form Rule7_1.pdf  SDNY Web 10/2007