SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVENT CAPTURING    Plaintiff,
SYSTEMS, INC.

- against -

KOBAYAHSI    Defendant.
VENTURES, LLC

  8  cv  5706   (nrb)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I,   Raymond R. Castello   a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:   Gregory A. Madera
Firm Name:          Fish & Richardson P.C.
Address:            225 Franklin Street
City/State/Zip:     Boston, MA 02110
Phone Number:       (617) 368-3100
Fax Number:         (617) 542-8906

Gregory A. Madera                             is a member in good standing of the Bar of the States of

Massachusetts

There are no pending disciplinary proceeding against   Gregory A. Madera
in any State or Federal court.

Dated:  August, 4 2008
City, State: New York, New York

Respectfully submitted,

_____
Sponsor's
SDNY Bar  RC 2106
Firm Name: Fish & Richardson P.C.
Address:   153 East 53rd Street, 52nd Floor
City/State/Zip: New York, NY 10022
Phone Number:   212-765-5070
Fax Number:     212-258-2291

SDNY Form Web 10/2006

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EVENT CAPTURING SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KOBAYASHI VENTURES, LLC, <br><br> Defendant. | 08-CV-05706 (NRB) |

State of New York      )
                       )  ss:
County of New York     )

## AFFIDAVIT OF RAYMOND R. CASTELLO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Raymond Castello, being duly sworn, hereby deposes and says as follows:

1.  I am a Principal at Fish & Richardson P.C., counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth therein and in support of Plaintiff's motion to admit Gregory A. Madera as counsel pro hac vice to represent Plaintiff in this matter.

2.  I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  I have known Gregory A. Madera since January, 2004.

4. Mr. Madera is a Principal at Fish & Richardson P.C., in Boston, MA. Attached thereto as Exhibit A, is Mr. Madera's Certificiate of Good Standing for the District of Massachusetts.

5. I have found Mr. Madera to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Gregory A. Madera, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Gregory A. Madera, pro hac vice, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Gregory A. Madera, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

FISH & RICHARDSON P.C.

By: _____
Raymond R. Castello
SDNY Bar Code: RC 2106
Fish & Richardson P.C.
Citigroup Center - 52nd Floor
153 East 53rd Street
New York, NY 10022-4611
Telephone: 212-765-5070

Attorneys for EVENT CAPTURING SYSTEMS, INC.

Sworn to before me this
4th day of ~~July,~~ 2008.
August,



AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

**CERTIFICATE OF
GOOD STANDING**

I, ___Sarah A. Thornton___, Clerk of this Court,

certify that **Gregory A. Madera**, Bar # 313020,

was duly admitted to practice in this Court on

___February 2, 1976___, and is in good standing
DATE

as a member of the Bar of this Court.

Dated at ___Boston, Massachusetts___ on ___July 24, 2008___.
LOCATION                                  DATE



Sarah A. Thornton
CLERK

_(signature)_
DEPUTY CLERK

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVENT CAPTURING SYSTEMS, INC.

Plaintiff,

8  cv  5706  (nrb )

- against -

KOBAYASHI VENTURES, LLC   Defendant.

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of  Raymond R. Castello  attorney for  Event Capturing Systems, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Gregory A. Madera |
| Firm Name: | Fish & Richardson P.C. |
| Address: | 225 Franklin Street |
| City/State/Zip: | Boston, MA 02110 |
| Telephone/Fax: | (617) 368-3100 |
| Email Address: | Madera@fr.com |

is admitted to practice pro hac vice as counsel for  Event Capturing Systems, Inc.  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $          SDNY RECEIPT#
SDNY Form Web 10/2006

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing AFFIDAVIT OF RAYMOND R. CASTELLO IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE was served on the Defendant by sending copies by **PRO HACE MOTION FOR GREGORY A. MADERA** by First Class Mail:

> Alexia Bourgerie
> Jeffrey Schwaber
> Stein, Sperling, Bennett, De Jong & Greenfeig, PC
> 25 West Middle Lane
> Rockville, MD 20850
> abourgerie@steinsperling.com
> jschwaber@steinsperling.com

on August 4, 2008.

*Melissa S. McShane*
Melissa S. McShane