SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVENT CAPTURING       Plaintiff,
SYSTEMS, INC.

08  cv  5706  ( nrb )

- against -

KOBAYASHI VENTURES, LLC    Defendant.

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08

Upon the motion of Raymond R. Castello attorney for Event Capturing Systems, Inc.

and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

| | |
|---|---|
| Applicant's Name: | Gregory A. Madera |
| Firm Name: | Fish & Richardson P.C. |
| Address: | 225 Franklin Street |
| City/State/Zip: | Boston, MA 02110 |
| Telephone/Fax: | (617) 368-3100 |
| Email Address: | Madera@fr.com |

is admitted to practice pro hac vice as counsel for Event Capturing Systems, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: August 11, 2008
City, State:

United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $ _____  SDNY RECEIPT# _____
SDNY Form Web 10/2006