# MEMO ENDORSED

## STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.
### ATTORNEYS AT LAW
### 25 WEST MIDDLE LANE
### ROCKVILLE, MARYLAND 20850-2204

www.steinsperling.com

TELEPHONE (301) 340-2020

FRED A. BALKIN*
MILLARD S. BENNETT*
ALEXIA KENT BOURGERIE*
DAVID S. DE JONG*
JOLIE S. DEUTSCHMAN»
DAVID C. DRISCOLL, JR.*
STUART S. GREENFEIG*
MONICA G. HARMS*
ANN G. JAKABCIN+
DARLA J. MCCLURE*
JEFFREY M. SCHWABER»
KAREN N. SHAPIRO♦
DARCY A. SHOOP♦
DONALD N. SPERLING+
PAUL T. STEIN*

RONALD M. BOLT*
ADAM J. COHEN*
E. ANDREW COLE*
JAMES W. DAWSON, JR.*
BRIAN R. DELLA ROCCA*
FRANK W. DUNHAM, III∝
WILLIAM G. DUNLAP*
ROBERT J. GARAGIOLA*
MELIHA PÉREZ HALPERN»
LOUIS M. LEIBOWITZ◊
JONATHAN F. LIEBERMAN»
IVONNE C. LINDLEY»
MARY CRAINE LOMBARDO□
NEVEEN H. MCLEOD*
NINDIYA G. RAMCHANDANI*
DIEGO J. ROJAS*
ANDREW L. SCHWARTZ ♪
SOLOMON M. STERENBERG◊
JASON M. A. TWINING*
ALISON C. WEINBERG*

WRITER'S DIRECT DIAL:
(301) 838-3210

WRITER'S DIRECT FAX:
(301) 354-8110

WRITER'S E-MAIL ADDRESS:
jschwaber@steinsperling.com

MD., DC., VA., NY., CA.,◊
MD., DC., VA., NY., FL.+
MD., DC., VA.,
MD., DC., PA.
MD., DC., MA.
MD., DC., NY.
MD., DC., VA.
MD., VA., NC.
MD., DC.*
MD., VA.»
MD, ONLY.*

OF COUNSEL:
KEVIN P. FAY*
BETH McINTOSH IRVING*
ALAN S. KERXTON*
DEANNA L. PETERS♦
DAVID R. PODOLSKY*
WILLIAM J. SCOTT*

OUR FILE NUMBER
2071656-2/10

August 18, 2008



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

**Sent via Facsimile**
The Honorable Naomi R. Buchwald
United States District Court for the
 Southern District of New York
500 Pearl Street, Room 2270
New York, NY 10007

RE:   <u>Carotek, Inc. v. Kobayashi Ventures, LLC</u>; Civil No. 07 cv 11163
      and
      <u>Event Capturing Systems, Inc. v. Kobayashi Ventures, LLC</u>; Civil No. 08 cv 5706
      **(Consolidated on 7/18/08)**

Dear Judge Buchwald:

This letter follows-up the letters to you of both Kobayashi Ventures and Carotek dated August 5 and August 6, 2008, respectively.

The parties are pleased to inform you that we now have consensus on a briefing schedule for dispositive motion filing on issues relating to liability under the licensing agreement. For point of reference, discovery regarding liability under the licensing agreement concluded on July 11, 2008. The briefing schedule on which we have consensus is as follows:

September 3, 2008 for the liability motion deadline
September 24, 2008 for the response/opposition
October 15, 2008 for reply

So Ordered:
Naomi Reice Buchwald
8/18/08

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

The Honorable Naomi R. Buchwald
August 18, 2008
Page 2

      If this briefing schedule meets with your approval, then we would respectfully request that the Court order that such deadlines are in place. If you would like to receive a form of proposed order substantively providing for this, then we promptly will submit that to you. Meanwhile the parties are operating under these deadlines for such filings. The parties also have agreed to proceed with discovery related to the other aspects of this matter as raised in the Amended Complaint and the Counterclaim.

      Thank you for your kind consideration.

Respectfully Submitted,

Jeffrey M. Schwaber
Alexia Kent Bourgerie
Counsel for Kobayashi Ventures

Raymond R. Castello /also w/ consent
Counsel for Carotek, Inc.

JMS:AKB/clg
cc: Thad Adams
    Greg Madera
L:\CLIENTS\K\KobayashiVentures.LLC\Carotek.002\correspondence\54-6 judgebuchwald.ltr.doc