**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| EVENT CAPTURING SYSTEMS, INC., | : | |
| | : | |
| Plaintiff/Counter-Defendant | : | |
| | : | |
| v. | : | Civil Case No. 1:08-cv-05706-NRB |
| | : | |
| KOBAYASHI VENTURES, LLC | : | |
| | : | |
| Defendant/Counter-Plaintiff | : | |

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

Defendant/Counter-Plaintiff Kobayashi Ventures, LLC by its attorneys Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C. for its disclosure statement pursuant to Fed. R. Civ. P. 7.1, states that it has no corporate parents and that there are no public companies that own 10% or more of its stock.

Dated: September 2, 2008

By: _____/s/_____
Jeffrey M. Schwaber (NY Bar #4529699)
Attorneys for Kobayashi Ventures, LLC
Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C.
25 West Middle Lane
Rockville, Maryland 20850
Telephone: (301) 838-3210 (Jeffrey Schwaber)
Facsimile: (301) 354-8110 (Jeffrey Schwaber)
Email: jschwaber@steinsperling.com

STEIN, SPERLING, BENNETT,
DE JONG, DRISCOLL &
GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 2nd day of September, 2008, I will electronically file the foregoing with the Clerk of the Court using the ECF system, which will then send a notification of such filing (NEF) to the following:

        Raymond R. Castello
        Fish & Richardson P.C.
        153 East 53rd Street, 52nd Floor
        New York, NY 10022

        Gregory A. Madera
        Fish & Richardson P.C
        225 Franklin Street
        Boston, MA 02110

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user(s):

        W. Thad Adams, III
        Adams Intellectual Property Law, P.A.
        201 South College Street
        Suite 2350 Charlotte Plaza
        Charlotte, NC  28244

        By:    /s/
        Jeffrey M. Schwaber (NY Bar #4529699)
        Attorneys for Kobayashi Ventures, LLC
        Stein, Sperling, Bennett, De Jong, Driscoll & Greenfeig, P.C.
        25 West Middle Lane
        Rockville, Maryland  20850
        Telephone:  (301) 838-3210 (Jeffrey Schwaber)
        Facsimile:  (301) 354-8110 (Jeffrey Schwaber)
        Email: jschwaber@steinsperling.com

STEIN, SPERLING, BENNETT, DE JONG, DRISCOLL & GREENFEIG, P.C.

ATTORNEYS AT LAW
25 WEST MIDDLE LANE
ROCKVILLE, MARYLAND 20850

TELEPHONE 301/340-2020

L:\CLIENTS\K\KobayashiVentures.LLC\Event Capturing Systems.010\pleadings\194 financialdisclosure.doc

2