SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVENT CAPTURING      Plaintiff,
SYSTEMS INC.

- against -

KOBAYASHI           Defendant.
VENTURES, LLC

08 cv 5706 (nrb)

MOTION TO ADMIT COUNSEL

PRO HAC VICE

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Raymond R. Castello a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name: W. Thad Adams, III
Firm Name: Adams Intellectual Property Law, PC
Address: 201 S. College St, Suite 2350 Charlotte Plaza
City/State/Zip: Charlotte, NC 28244
Phone Number: (704) 375-9249
Fax Number: (704) 375-0729

W. Thad Adams, III   is a member in good standing of the Bar of the States of

There are no pending disciplinary proceeding against W. Thad Adams, III in any State or Federal court.

Dated:
City, State: New York, New York

Respectfully submitted,

Sponsor's
SDNY Bar (RC 2106)
Firm Name: Fish & Richardon P.C.
Address: 153 E. 53rd Street, Suite 1100
City/State/Zip: New York, NY 10022
Phone Number: 212-765-5070
Fax Number: 212-258-2291

SDNY Form Web 10/2006

SDNY (Rev. 10/2006) Pro Hac Vice Affidavit

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

Event Capturing Systems,          Plaintiff,

                                                        08 cv 5706 (nrb)

- against -

Kobayashi Ventures, LLC           Defendant.

AFFIDAVIT OF
Raymond R. Castello
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

State of New York     )
                      ) ss:
County of New York    )

Raymond Castello , being duly sworn, hereby deposes and says as follows:

1. I am Principle at Fish & Richardson P.C., counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Thad Adams as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in May 1979. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Thad Adams since December 2007.

4. Mr. Adams is an attorney at Adams Intellectual Property Law, PC, in Charlotte, NC.

5. I I have found Mr. Adams to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Thad Adams, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Thad Adams, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Thad Adams, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: August 26, 2008
City, State: New York, NY
Notarized: [signature]

Respectfully submitted,

_____[signature]_____
Name of Movant: Raymond R. Castello
SDNY Bar Code: (RC 2106)

SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVENT CAPTURING           Plaintiff,
SYSTEMS, INC

                                                           08    cv  5706    (nrb )

        - against -
KOBAYASHI VENTURES, LLC   Defendant.    **ORDER FOR ADMISSION**
                                         **PRO HAC VICE**
                                         **ON WRITTEN MOTION**

Upon the motion of Raymond R. Castello attorney for Event Capturing Systems, Inc

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

  Applicant's Name:    W. Thad Adams, III
  Firm Name:           Adams Intellectual Property Law, PC
  Address:             201 S. College St, Suite 2350 Charlotte Plaza
  City/State/Zip:      Charlotte, NC 28244
  Telephone/Fax:       (704) 375-9249
  Email Address:       wta@adamspat.com

is admitted to practice pro hac vice as counsel for Event Capturing Systems, Inc  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

                                    _____
                                    United States District/Magistrate Judge

# Supreme Court
## OF THE STATE OF NORTH CAROLINA



I, Christie Speir Cameron, Clerk of the Supreme Court of North Carolina, do hereby certify that on August 14, 1971, a license to practice as an Attorney and Counselor at Law in all the Courts of this State was issued by the North Carolina Board of Law Examiners to

_____ *W. THAD ADAMS, III* _____

according to the certified list of licentiates reported by the Secretary of said Board and filed in my office as required by statute.

To the date of this certificate, no order revoking said license has been filed with this Court and no order suspending same is in effect.

WITNESS my hand and the Seal of the Supreme Court of North Carolina at the office in Raleigh, this _____ August 18, 2008 _____.

*Christie S. Cameron*
Christie Speir Cameron
Clerk of the Supreme Court
of the State of North Carolina

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **PRO HAC VICE MOTION FOR THAD ADAMS** was served on the Defendant by sending copies by E-Mail:

>Alexia Bourgerie
>Jeffrey Schwaber
>Stein, Sperling, Bennett, De Jong & Greenfeig, PC
>25 West Middle Lane
>Rockville, MD 20850
>abourgerie@steinsperling.com
>jschwaber@steinsperling.com

on September 2, 2008.

30403828.doc